*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and GERRITY,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Mohamed S. MAHMOUD**
Seaman (E-3), U.S. Navy
Appellant

**No. 201900189**

Decided: 10 January 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Commander Andrew E. Carmichael, JAGC, USN. Sentence adjudged 29 April 2019 by a special court-martial convened at Naval Submarine Base New London, Groton, Connecticut, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 5 months, and a bad-conduct discharge.

For Appellant: Lieutenant Commander Jacqueline M. Leonard, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are cor-

rect in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. *United States v. Crumpley,* 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998). In accordance with Rule for Courts-Martial 1111(c)(2), Manual for Courts-Martial, United States (2019 ed.), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

2

# United States Navy–Marine Corps Court of Criminal Appeals

| UNITED STATES | NMCCA NO. 201900189 |
|---|---|
| v. | ENTRY OF JUDGMENT |
| **Mohamad S, MAHMOUD** Seaman (E-3) U. S. Navy | |
| Accused | *As Modified on Appeal* *10 January 2020* |

On 29 April 2019, the Accused was tried at Naval Submarine Base New London, Groton, Connecticut, by a special court-martial, consisting of a military judge sitting alone. Military Judge Andrew E. Carmichael, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed.

**Specification:** **Attempted Wrongful Introduction of Lysergic Acid Diethylamide between on or about 1 August 2017 and 31 November 2017.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Wrongful Introduction of Lysergic Acid Diethylamide between on or about 1 January 2018 and 23 February 2018.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **Wrongful Distribution of Lysergic Acid Diethylamide between on or about 1 September 2017 and 31 December 2017.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 3:** **Wrongful Use of Lysergic Acid Diethylamide between on or about 1 September 2017 and 07 January 2018.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

## SENTENCE

On 29 April 2019, the Accused was sentenced by a military judge. The Accused was adjudged the following sentence:

**Reduction to pay grade E-1.**

**Confinement for 5 months.**

**A bad-conduct discharge.**

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

4